UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KIAMARS AZIZKHAN,

        Plaintiff,

        v.

FIRST FRANKLIN LOAN SERVICING;
FIRST FRANKLIN FINANCIAL
CORPORATION; CAL-WESTERN
RECONVEYANCE CORPORATION;
BANK OF AMERICA, NATIONAL
ASSOCIATION AS SUCCESSOR BY
MERGER TO LASALLE BANK
NATIONAL ASSOCIATION, AS
TRUSTEE FOR FIRST FRANKLIN
MORTGAGE LOAN TRUST,
MORTGAGE LOAN ASSET-BACKED
CERTIFICATES, SERIES 2007-FF2;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEM INC.;
ANCHOR FINANCIAL MORTGAGE
COMPANY INC.; RYAN N. SMITH; and
DOES 1-20 inclusive,

        Defendants.
_____/

NO. CIV. 2:09-3071 WBS EFB

<u>ORDER OF RECUSAL</u>

----oo0oo----

        Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, I must recuse myself from

1

this case for the reasons stated in <u>Amstadter v. Bank of America</u>, Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).

      IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

DATED:  March 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE